

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00041-CV

| | | |
|---|---|---|
| THOMAS FLUCKER, Appellant | § | On Appeal from County Court at Law No. 1 |
| V. | § | of Tarrant County (2021-006343-1) |
| SKYLANDING APARTMENTS, Appellee | § | June 23, 2022 |
| | § | Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed want of prosecution.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
Justice Elizabeth Kerr